# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH CHARLES PAZ,
                  Appellant,
vs.
GOVERNOR BRIAN SANDOVAL,
                  Respondent.

No. 78124

**FILED**

FEB 2 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion to recuse the district court judge. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's review of the documents submitted pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to recuse a judge. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
     Pickering

_____, J.
     Parraguirre

_____, J.
     Cadish

19-08654

cc:   Hon. James Todd Russell, District Judge
Kenneth Charles Paz
Attorney General/Carson City
Attorney General/Las Vegas
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A